JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Luis Carrillo**,<br><br>Plaintiff,<br><br>v.<br><br>**ADN Group Corp. d/b/a Venice Liquor**; and Does 1-10,<br><br>Defendants. | **Case No.: 2:18-cv-7183 DDP (RAOx)**<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation for Dismissal of The Entire Action With Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be dismissed in its entirety with prejudice. Each party shall bear his or its own attorneys' fees and costs.

DATED: __2-21-2020__          _____
                              UNITED STATES DISTRICT JUDGE

ORDER